UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:    EDWARD E BAKER II                §         Case No.: 12-18301
          DEBRA A BAKER                    §
                                           §
          Debtor(s)                        §
-------------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/03/2012.

2) This case was confirmed on N/A.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 07/30/2012.

6) Number of months from filing to the last payment: 0

7) Number of months case was pending: 5

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   152,223.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ .00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ .00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ .00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ .00 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ .00 |
| Attorney fees paid and disclosed by debtor | $ 273.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CONSUMER PORTFOLIO S | UNSECURED | 12,050.00 | 12,050.40 | 12,050.40 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 7,500.00 | 5,312.56 | 5,312.56 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 3,883.10 | 16,609.08 | 16,609.08 | .00 | .00 |
| AMERICREDIT FINANCIA | UNSECURED | NA | 11,913.06 | 11,913.06 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 323.25 | 323.25 | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | 658.00 | 830.13 | 830.13 | .00 | .00 |
| IDES | UNSECURED | 1,966.00 | 1,966.00 | 1,966.00 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 87.00 | 87.35 | 87.35 | .00 | .00 |
| CNAC IL 115 | SECURED | 5,225.00 | .00 | 11,230.00 | .00 | .00 |
| CNAC IL 115 | UNSECURED | 6,005.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | NA | NA | NA | .00 | .00 |
| CARMEN COOK | UNSECURED | .00 | NA | NA | .00 | .00 |
| WOW CHICAGO | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 196.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| GATEWAY FINANCIAL SE | UNSECURED | NA | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 155.00 | NA | NA | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | .00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | NA | NA | NA | .00 | .00 |
| MONTEREY FINANCIAL | UNSECURED | NA | NA | NA | .00 | .00 |
| RCA DIAMOND CENTER | UNSECURED | NA | NA | NA | .00 | .00 |
| ARONSONS FURNITURE | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AT&T | UNSECURED | NA | NA | NA | .00 | .00 |
| MICHAEL HOFKINS | OTHER | .00 | NA | NA | .00 | .00 |
| ALL CREDIT LENDERS | UNSECURED | 709.41 | 816.19 | 816.19 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 2,000.00 | 2,440.80 | 2,440.80 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 11,398.00 | 13,375.37 | 11,398.00 | .00 | .00 |
| SANTANDER CONSUMER U | UNSECURED | NA | .00 | 1,977.37 | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 10,921.00 | .00 | 10,921.00 | .00 | .00 |
| AARONS RENT | SECURED | 1,200.00 | .00 | 1,200.00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,952.00 | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | 339.69 | NA | NA | .00 | .00 |
| A/R CONCEPTS | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| ACC CONSUMER FIN | UNSECURED | 14,182.00 | NA | NA | .00 | .00 |
| ACC INTERNATIONAL | UNSECURED | 365.75 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 582.60 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 1,236.00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 582.60 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| ALEXIAN BROTHERS MED | UNSECURED | 194.34 | NA | NA | .00 | .00 |
| PUBLIC STORAGE | UNSECURED | 133.00 | NA | NA | .00 | .00 |
| APPLIED BANK | UNSECURED | 1,264.00 | NA | NA | .00 | .00 |
| VILLAGE OF MT PROSPE | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| ASHRO | UNSECURED | 143.00 | NA | NA | .00 | .00 |
| NICOR | UNSECURED | 806.66 | NA | NA | .00 | .00 |
| AVENUE/WORLD FIN | UNSECURED | 644.00 | NA | NA | .00 | .00 |
| BARRINGTON COUNTRYSI | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 668.25 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 187.00 | NA | NA | .00 | .00 |
| CENTRAL FURNITURE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| HARRAHS | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| HEART CHECK AMERICA | UNSECURED | 834.78 | NA | NA | .00 | .00 |
| COOK COUNTY HOSPITAL | UNSECURED | 317.00 | NA | NA | .00 | .00 |
| COOK COUNTY HOSPITAL | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| COOK COUNTY HOSPITAL | UNSECURED | 282.44 | NA | NA | .00 | .00 |
| COOK COUNTY HOSPITAL | UNSECURED | 343.00 | NA | NA | .00 | .00 |
| COOK COUNTY HOSPITAL | UNSECURED | 176.68 | NA | NA | .00 | .00 |
| COOK COUNTY STATES A | UNSECURED | 390.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| CREDIT MANAGEMENT | UNSECURED | 53.08 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 259.00 | NA | NA | .00 | .00 |
| COMCAST CHICAGO | UNSECURED | 173.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEPT OF EDUCATION/SA | UNSECURED | 7,172.00 | NA | NA | .00 | .00 |
| DEPT OF EDUCATION/SA | UNSECURED | 3,804.00 | NA | NA | .00 | .00 |
| COMCAST CABLE COMMUN | UNSECURED | 202.00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 190.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 137.06 | NA | NA | .00 | .00 |
| FFCC COLUMBUS INC | UNSECURED | 188.00 | NA | NA | .00 | .00 |
| WOMENS HEALTH | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| FIRST RATE FINANCIAL | UNSECURED | 931.01 | NA | NA | .00 | .00 |
| PLS FINANCIAL SERVIC | UNSECURED | 451.00 | NA | NA | .00 | .00 |
| ELK GROVE LAB PHYSIC | UNSECURED | 31.00 | NA | NA | .00 | .00 |
| AT&T MIDWEST | UNSECURED | 281.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 62.60 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 3,883.10 | NA | NA | .00 | .00 |
| JET | UNSECURED | 29.00 | NA | NA | .00 | .00 |
| STROGER HOSPITAL | UNSECURED | 176.88 | NA | NA | .00 | .00 |
| CORTRUST BK | UNSECURED | 670.00 | NA | NA | .00 | .00 |
| MEA AEA | UNSECURED | 384.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 451.00 | NA | NA | .00 | .00 |
| MEDICAL BUSINESS BUR | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| MEDICAL CENTER ANEST | UNSECURED | 220.32 | NA | NA | .00 | .00 |
| GOOD SHEPHERD HOSPIT | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NEOPATH | UNSECURED | 27.43 | NA | NA | .00 | .00 |
| MICHAEL J RIERMAIER | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ASPIRE VISA | UNSECURED | 637.00 | NA | NA | .00 | .00 |
| MULTI SPECIALTY CLIN | UNSECURED | 315.75 | NA | NA | .00 | .00 |
| NEOPATH SC | UNSECURED | 27.43 | NA | NA | .00 | .00 |
| ASSOCIATED PATHOLOGY | UNSECURED | 420.00 | NA | NA | .00 | .00 |
| ADDISON POLICE DEPAR | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| OB/GYN CENTER | UNSECURED | 340.50 | NA | NA | .00 | .00 |
| PERSCRIPTION SOLUTIO | UNSECURED | 302.92 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 382.90 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1,167.60 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 589.00 | NA | NA | .00 | .00 |
| RENT A CENTER | UNSECURED | 916.25 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 160.00 | NA | NA | .00 | .00 |
| SAFEWAY STORES INC | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| RADIOLOGY CONSULTANT | UNSECURED | 513.00 | NA | NA | .00 | .00 |
| STATE OF IL DEPT OF | UNSECURED | 1,403.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,137.00 | 1,137.44 | 1,137.44 | .00 | .00 |
| COMCAST | UNSECURED | 640.00 | NA | NA | .00 | .00 |
| SUBURBAN SURGICAL AS | UNSECURED | 30.38 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| **Scheduled Creditors:** | | | | | | |
| TASTE OF HOME BOOK | UNSECURED | 24.98 | NA | NA | .00 | .00 |
| THE OPRAH MAGAZINE | UNSECURED | 18.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA CASH | UNSECURED | 317.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 5,688.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1,809.00 | NA | NA | .00 | .00 |
| VILLAGE OF BARRINGTO | UNSECURED | 130.40 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 33,549.00 | .00 | .00 |
| All Other Secured | 1,200.00 | .00 | .00 |
| **TOTAL SECURED:** | 34,749.00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 5,312.56 | .00 | .00 |
| **TOTAL PRIORITY:** | 5,312.56 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 50,151.07 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | .00 |
| Disbursements to Creditors | $ | .00 |
| **TOTAL DISBURSEMENTS:** | $ | .00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   10/03/2012         /s/ Tom Vaughn
                            Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**